Joseph C. DeBlasio, Esq. (Bar ID #018081996)
Michael A. Tecza, Esq. (Bar ID #0335572021)
**JACKSON LEWIS P.C.**
766 Shrewsbury Avenue
East Building, Suite 101
Tinton Falls, New Jersey 07724
T: (732) 532-6148
F: (732) 842-0301
*Attorneys for Defendants Colony Tire Corporation,*
*Scott Creighton, and Charles Creighton*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIK KERTESZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>COLONY TIRE, SCOTT CREIGHTON, CHARLES CREIGHTON, JOHN and JANE DOES 1-10 and ABE CORPS. 1-10,<br><br>　　　　　　　　　　Defendants. | **CERTIFICATE OF SERVICE** |

　　　I hereby certify that a true and correct copy of Colony Tire Corporation, Scott Creighton, and Charles Creighton's Notice and Petition for Removal, Notice of Compliance with U.S.C. § 1446(d), Civil Cover Sheet, and this Certificate of Service were filed with the Clerk using the ECF system and also served upon Plaintiff's counsel, Tyrone A. Blackburn, Esq. by sending said documents, via ECF and e-mail at tblackburn@tablackburnlaw.com on this 12th day of August.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Joseph C. DeBlasio*___
　　　　　　　　　　　　　　　　　　　　　　　　　Joseph C. DeBlasio
　　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Tecza

Date: August 12, 2024

4863-9266-3256, v. 1