Joseph C. DeBlasio, Esq. (Bar ID #018081996)
Michael A. Tecza, Esq. (Bar ID #0335572021)
**JACKSON LEWIS P.C.**
766 Shrewsbury Avenue
East Building, Suite 101
Tinton Falls, New Jersey 07724
T: (732) 532-6148
F: (732) 842-0301
*Attorneys for Defendants Colony Tire Corporation,*
*Scott Creighton, and Charles Creighton*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIK KERTESZ, <br><br> Plaintiff, <br><br> v. <br><br> COLONY TIRE, SCOTT CREIGHTON, CHARLES CREIGHTON, JOHN and JANE DOES 1-10 and ABE CORPS. 1-10. <br><br> Defendants. | Hon._____, U.S.D.J. <br> Civil Action No. _____ (____/____) <br><br><br> **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)** |

TO:  Clerk, United States District Court for the District of New Jersey
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th St., 3rd Floor
Brooklyn, NY 11236

Pursuant to the requirements of 28 U.S.C. §1446(d), on August 12, 2024, a Notice of Filing of Petition for Removal on behalf of Colony Tire Corporation (improperly pled as "Colony Tire"), Scott Creighton and Charles Creighton (collectively "Defendants"), a true copy of which is attached hereto as Exhibit 1, will be sent to the Clerk of the Superior Court of New Jersey, Law Division, Essex County to be e-filed contemporaneously with this filing.

1

Case 2:24-cv-08419-JKS-JBC   Document 1-2   Filed 08/12/24   Page 2 of 2 PageID: 50

2

Respectfully submitted,

JACKSON LEWIS P.C.
766 Shrewsbury Avenue
East Building, Suite 101
Tinton Falls, New Jersey 07724
T: (732) 532-6148
F: (732) 842-0301
*Attorneys for Defendants Colony Tire Corporation, Scott Creighton, and Charles Creighton*

By: /s/ *Joseph C. DeBlasio*
    Joseph C. DeBlasio
    Michael A. Tecza

Dated: August 12, 2024

4894-9979-0552, v. 1

2