

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY, & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

December 3, 2025

Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: <u>Notification of Leave of Absence – Tyrone A. Blackburn, Esq.
Pending Cases Before This Court</u>

Dear Judge Semper,

    I am writing to inform the Court of the circumstances that necessitate my withdrawal from active practice and my pending matters before this Court. This letter is difficult to write, but I believe transparency with the Court is essential, given my obligations to my clients and to the administration of justice.

    Since Labor Day, I have experienced the deaths of four individuals close to me. The third death occurred on November 19, the day before my birthday, and the fourth on November 25, just days before Thanksgiving. These losses have had a profoundly detrimental effect on my mental, physical, and emotional well-being. I am currently experiencing severe depression, anxiety, and inability to sleep, which have rendered me unable to provide my clients with the quality of representation they deserve and to which they are entitled.

    These personal tragedies have occurred against a backdrop of extraordinary professional challenges. Before these recent losses, I had been serving as counsel to multiple litigants in cases that garnered significant media attention. This exposure resulted in serious safety concerns, including death threats, individuals appearing at my residence, multiple reports to law enforcement, and an ambush attack in my driveway.

 347-342-7432    ✉ tblackburn@tablackburnlaw.com    🌐 TABlackburnlaw.com



# T. A. Blackburn Law

Additionally, this year alone, I have been the target of numerous bar complaints filed in bad faith by supporters or fans of parties I have sued. These complaints have been filed in nearly every jurisdiction in the country, including states where I am not licensed to practice. I have also been falsely accused of running over a process server with my vehicle in connection with a civil suit for intentional infliction of emotional distress filed against me after I sent a letter of representation to a potential defendant. While I have retained legal counsel to represent me in that criminal matter, the combination of defending myself through counsel while simultaneously attempting to represent my clients has become untenable given my current mental and physical state.

As a solo practitioner without substantial staff or the resources of a large firm, I do not have the infrastructure to manage these personal and professional crises while maintaining my practice. The majority of my work has been undertaken on a pro bono basis, as my primary motivation has always been to help individuals who have been wronged. I have dedicated my practice to representing survivors of sexual assault, workplace violence, and medical malpractice—vulnerable individuals who deserve unwavering advocacy.

It is precisely because of my commitment to these clients that I am taking this step. They deserve counsel who can focus entirely on their cases without the burden of the challenges I am currently facing. I am actively working to help all of my client's secure new representation, and I will ensure that each transition is handled professionally and with minimal disruption to their cases. I will make the appropriate applications on the docket in the coming weeks once my clients have secured new representation.

The cases currently pending before this Court in which I serve as counsel are as follows:
- *FRED et al. v. American Honda Motor Co., Inc.*, Case No. 2:25-cv-17979-JKS-JRA
- *Yewaisis v. Union County Savings Bank et al.*, Case No. 2:25-cv-01536-JKS-SDA
- *Kertesz v. Colony Tire Corporation et al.*, Case No. 2:20-cv-12364-JKS-JBC
- *Kertesz v. Colony Tire et al.*, Case No. 2:24-cv-08419-JKS-JBC
- *Hildebrandt et al. v. Siparadigm LLC et al.*, Case No. 2:23-cv-21835-JKS-LDW

I am writing this letter to apprise the Court of my current condition in private and to request the Court's understanding as I navigate this process. I remain committed to fulfilling my

📞 347-342-7432    ✉ tblackburn@tablackburnlaw.com    🌐 TABlackburnlaw.com



# T. A. Blackburn Law

professional obligations during this transition period, including providing proper notice to all parties, complying with court deadlines to the extent possible, and ensuring the orderly transfer of files and case materials to successor counsel.

I am deeply grateful to the Court for its time and consideration of this matter. I apologize for any inconvenience this may cause to the Court's calendar and operations. Should the Court require any additional information or wish to discuss this matter further, I am available at the contact information listed above.

Respectfully submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

📞 347-342-7432    ✉ tblackburn@tablackburnlaw.com     TABlackburnlaw.com