

# T. A. Blackburn Law

**TYRONE A. BLACKBURN**

———
MEMBER OF
NY & NJ BAR

———
FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

———
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236

January 12, 2026

Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

~and~

The Honorable James B. Clark, III, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Civil Action No.  No. 2:24-cv-8419 (JMV) (JBC)**

Dear Judges Semper and Clark,

   My firm represent s Plaintiff is the above captioned case. In anticipation of the Courts 1/22/2026 status conference, I have attached to this letter the outlined proposed first amended complaint, as well as the clean proposed first amended complaint previously uploaded as part of Plaintiffs recent motion to amend.  As the Court can see from the attached documents, Plaintiff has addressed all issues raised by the defendants in the defendants renewed morion to dismiss.

   Thank you for your time and consideration of this.

Respectfully submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC:
All attorneys of record via ECF.

  

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com



