**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

May 12, 2026

**LETTER ORDER**

Re:    **Kertesz v. Colony Tire, et al.**
       **Civil Action No. 24-8419 (JKS)**

Dear Counsel,

In light of the pending motion to amend [Dkt. No. 24], the telephone status conference scheduled with the parties in this matter on **May 20, 2026 at 10:00 AM** is adjourned to **September 21, 2026 at 10:00 AM**.  Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                        s/ James B. Clark, III
                                   **JAMES B. CLARK, III**
                                   **United States Magistrate Judge**