UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Erik Kertesz,<br><br>                    Plaintiff,<br><br>v.<br><br>Colony Tire Corporation,<br>Charles Creighton,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPS. 1-10,<br>                    Defendants. | Civil Action No. 2:24-cv-08419-JKS-JBC<br>Attorney Affidavit<br>Suggestion Of Death Upon the Record<br>Under Fed. R. Civ. P. 25(a)(1) |

I, Tyrone A. Blackburn, Esq., declare the following:

1.  I am counsel of record for Plaintiff Erik Kertesz in the above-captioned matter and submit this affidavit according to Federal Rule of Civil Procedure 25(a)(1).
2.  On or about May 15, 2025, Charles A. Creighton, a named Defendant in this action, passed away in Greenville, North Carolina, as confirmed by the obituary published by *Miller & Van Essendelft Funeral Homes & Crematory* and other publicly available sources.
3.  Mr. Creighton's obituary, viewable at https://www.millerfhc.com/obituaries/charles-creighton, states that he died following a brief illness and was survived by his wife, Susan Creighton, and other immediate family members.
4.  The memorial service took place on May 21, 2025, in Edenton, NC, further corroborating the details of his death.
5.  As of filing this affidavit, I have not received a death certificate or letters testamentary from the family or their legal representatives. However, the public obituary and related media reports are sufficient to suggest death in accordance with Rule 25(a)(1).
6.  I intend to serve this suggestion of death on the Defendants counsel of record and, upon identifying a personal representative, will affect service on that individual according to the rule.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

July 27, 2026

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Attorney for Plaintiff Erik Kertesz