T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor, Brooklyn, NY 11236
Tel: (347) 342-7432 | Email: tblackburn@tablackburnlaw.com

August 28, 2026

Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

~and~

The Honorable James B. Clark, III, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Kertesz v. Colony Tire, et al., Civil Action No. 2:24-cv-08419-JKS-JBC — Request for Brief Extension of Time to Oppose Motion to Dismiss*

Dear Judge Semper and Judge Clark:

Plaintiffs respectfully request a brief extension, through Wednesday, September 2, 2026, to file their opposition to Defendants' motion to dismiss, which is due today. Plaintiffs' opposition papers and exhibits are stored on an external hard drive that has malfunctioned. Counsel is working with an IT vendor to recover the files but has been advised that recovery may not be complete until Monday or Tuesday.

Plaintiffs' counsel requested Defendants' consent to this extension by email; defense counsel has not responded. This is a short, good-faith request, and Defendants will not be prejudiced.

Accordingly, Plaintiffs respectfully request an extension through Wednesday, September 2, 2026.

Respectfully submitted,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Counsel for Plaintiff

cc: Counsel of Record (via ECF)