JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ 07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOSEPH C. DEBLASIO
Direct Dial: 732-945-6021
Email: Joseph.DeBlasio@JacksonLewis.com

August 30, 2026

**VIA ECF**
The Honorable James B. Clark, III, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Erik Kertesz v. Colony Tire Corporation, et al.**
**Civil Action Docket No. 24-cv-08419-JKS-JBC**

Dear Judge Clark:

We represent the Defendants in the above-referenced matter. We write regarding Plaintiff's request for an extension of time to file his opposition to Defendants' pending motion to dismiss Plaintiff's Complaint, dated August 28, 2026. In Plaintiff's request, counsel states that without the extension, the opposition was "due today" (i.e., August 28, 2026). This is incorrect. Plaintiff's opposition was due to be filed no later than August 25, 2026.

The Court's Letter Order, dated July 23, 2026, sets forth a set briefing schedule, as follows:

> Plaintiff shall file his amended complaint within seven (7) days of the date of this Order. Defendants shall file another renewed motion to dismiss Plaintiff's amended complaint by no later than **August 14, 2026**. Plaintiff shall file his opposition by **August 25, 2026**. Defendants shall file their reply by **September 1, 2026**. (*emphasis in the Court's original*).

Thus, Plaintiff is incorrect about the timing for the opposition papers, and his request for an extension of time was filed three (3) days past the due date for the opposition.

Additionally, the Letter Order anticipated that one or more parties may request an extension of time and preemptively addressed all such requests in bolded upper case letters:

> There will be **NO EXTENSIONS** of the aforementioned briefing schedule regarding Defendants' renewed motion to dismiss. (*emphasis in the Court's original*).

Based upon the clear and unequivocal language in the Court's Order, Plaintiff's request for an extension of the filing deadline, which was submitted three (3) days after the filing deadline had already passed, should be denied. The Court had already decided there would be no extensions of the filing deadlines. Additionally, due the Court's mandatory briefing schedule, counsel for Defendants altered his vacation plans. Under the set schedule, Defendants' reply papers would have been due on Tuesday, September 1 (if opposition had been filed timely). Counsel will be traveling on vacation out of state after September 1 and any extension of the deadlines would directly conflict with counsel's vacation.

We thank the Court for its consideration of this submission.

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: *__/s/ Joseph C. DeBlasio_____*
Joseph C. DeBlasio, Esq.

4930-8572-5842, v. 1