**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

August 31, 2026

**LETTER ORDER**

**Re: Kertesz v. Colony Tire, et al.**
**Civil Action No. 24-8419 (JKS)**

Dear Counsel,

The Court is in receipt of a letter from Plaintiff filed on the eve of close of business on Friday, August 28, 2026 requesting an extension of time to file a response to Defendants' pending motion to dismiss Plaintiff's Amended Complaint. Dkt. No. 36. For the reasons set forth below, Plaintiff's request [Dkt. No. 36] is **GRANTED** with **NO FURTHER EXTENSIONS**.

Relevant here, Defendants' motion was filed on August 14, 2026. Dkt. No. 24. Defendants' motion was filed in compliance with the schedule set by the Court in its July 30, 2026 Order granting Plaintiff's motion for leave to amend, which Order further stated that responses to Defendants' renewed motion to dismiss must be filed by August 25, 2026 with NO FURTHER EXTENSIONS. *See* Dkt. No. 31. Thus, although Plaintiff's August 28, 2026 extension request states that Plaintiff's opposition to Defendants' motion to dismiss "is due today," as an initial matter, that assertion by Plaintiff is incorrect and at that juncture Plaintiff had already violated the Court's July 30, 2026 Order.

Notwithstanding, Plaintiff states that the reason for the extension request is because of a malfunctioning of an external hard drive that stored Plaintiff's opposition papers. Plaintiff states that the opposition papers will take at least several days to recover. *See* Dkt. No. 36. Thus, Plaintiff requests an extension until September 2, 2026 to file his opposition to Defendants' motion to dismiss.

*Id.* On August 30, 2026, Defendants filed a letter opposing Plaintiff's request. Dkt. No. 37. Defendants point to Plaintiff's already untimely opposition and the Court's July 30 Order clearly stating that no further extensions would be granted. *Id.* Defendants also respond that they would be prejudiced by the extension considering their counsel's pre-planned vacation. *Id.*

The Court has carefully considered Plaintiff's request and Defendants' opposition. In the interests of reaching a decision on the merits of Defendants' renewed motion to dismiss, Plaintiff will have until **September 2, 2026** to file its opposition to Defendants' motion to dismiss. Defendants shall file their reply by **September 14, 2026** or shall alternatively file a letter with the Court setting forth a proposed date for filing of their reply papers. Failure by Plaintiff to file its opposition papers by the September 2, 2026 deadline may likely result in the imposition of sanctions.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**