JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ 07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

JOSEPH C. DEBLASIO
Direct Dial: 732-945-6021
Email: Joseph.DeBlasio@JacksonLewis.com

**SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III, USMJ**
Date: 9/14/2026

September 14, 2026

**VIA ECF**
The Honorable James B. Clark, III, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Erik Kertesz v. Colony Tire Corporation, et al.**
**Civil Action Docket No. 24-cv-08419-JKS-JBC**

Dear Judge Clark:

We represent the Defendants in the above-referenced matter. We write to respectfully request: (1) a brief extension of time, from September 14, 2026 to September 17, 2026 for Defendants to file their Reply Brief in connection with their pending motion to dismiss Plaintiff's First Amended Complaint; and (2) permission to file a Reply Brief that is up to 25 pages. The additional pages are necessary to address the arguments in Plaintiff's Opposition Brief.

We thank the Court for its consideration of these requests.

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: *\/s/ Joseph C. DeBlasio*
Joseph C. DeBlasio, Esq.

4930-8572-5842, v. 1