**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

September 21, 2026

**LETTER ORDER**

**Re: Kertesz v. Colony Tire, et al.**
**Civil Action No. 24-8419 (JKS)**

Dear Counsel,

In light of counsel for Plaintiff's failure to appear, the telephone status conference scheduled with the parties on **September 21, 2026 at 10:00 AM** is adjourned to **January 6, 2027 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**