UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Erik Kertesz,<br>Plaintiff,<br><br>v.<br><br>Colony Tire Corporation,<br>Scott Creighton,<br>The Estate of Charles Creighton,<br>JOHN and JANE DOES 1–10, and<br>ABC CORPS. 1–10,<br>Defendants. | Civil Action No. 2:24-cv-08419-JKS-JBC<br>Hon. Jamel K. Semper, U.S.D.J.<br>Hon. James B. Clark, III, U.S.M.J.<br><br>Order Granting<br>Plaintiff's Motion to Substitute Party<br>Pursuant To Fed. R. Civ. P. 25(a)(1) |

THIS MATTER having been opened to the Court on the motion of Plaintiff Erik Kertesz, by and through his counsel, T.A. Blackburn Law, PLLC, for an Order pursuant to *Federal Rule of Civil Procedure 25(a)(1)* substituting Susan Creighton, in her capacity as surviving spouse and putative Personal Representative of the Estate of Charles A. Creighton, in place of Defendant Charles Creighton; and the Court having considered the moving papers and any opposition thereto; and for good cause shown;

IT IS on this 21st day of Sept, 2026,

ORDERED, that Plaintiff's Motion to Substitute Party pursuant to Fed. R. Civ. P. 25(a)(1) is GRANTED; and it is further

ORDERED, that Susan Creighton, in her capacity as surviving spouse and putative Personal Representative of the Estate of Charles A. Creighton, is hereby SUBSTITUTED in place of the deceased Defendant Charles Creighton in this action; and it is further

ORDERED, that the caption of this action shall be amended to reflect the substitution ordered herein, and all subsequent filings shall bear the amended caption; and it is further

ORDERED, that upon the appointment of a personal representative of the Estate of Charles A. Creighton by the appropriate probate authority, the caption may be further conformed by stipulation or on further motion of any party; and it is further

ORDERED, that the Clerk of the Court is directed to update the docket accordingly.

HON. ~~JAMEL K. SEMPER, U.S.D.J.~~
JAMES B. CLARK USMJ