T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236
Phone: (347) 342-7432 | Email: tblackburn@tablackburnlaw.com

Dated: September 29, 2026

VIA CM/ECF
Honorable Jamel K. Semper, USDJ
District of New Jersey
Frank R. Lautenberg U.S. Post Office and Courthouse
Martin Luther King Jr. Federal Building
2 Federal Square
Newark, NJ 07102

Re: *Kertesz v. Colony Tire Corporation, et al.*
Civil Action No. 2:24-cv-08419-JKS-JBC

Request for Leave to File a Limited Sur-Reply

Dear Judge Semper:

Pursuant to Local Civil Rule 7.1(d)(6), Plaintiff respectfully requests leave to file the proposed limited sur-reply attached as Exhibit A. A proposed order accompanies this application. The request is limited to newly presented grounds and their necessary implications; Plaintiff does not seek to repeat his opposition or introduce additional evidence.

i. **Comparison of the Opening Brief and Reply**

The proposed sur-reply is limited to grounds newly presented or materially expanded in Defendants' reply:

a. **Count Four's limitations period.** The opening brief's NJWPL discussion addressed judicial estoppel, the characterization of Count Three, and Plaintiff's knowledge of the challenged wage practices. ECF No. 34-1 at 15–17. The reply introduces a distinct argument that NJWPL retaliation is governed by the two-year personal-injury limitations period under N.J.S.A. 2A:14-2, relying on Maia and Bosco. ECF No. 45 at 14–15.
b. **An independent federal basis for dismissal.** Although the opening brief contested claim-splitting, the reply expressly invokes inherent federal case-management authority under Curtis and Walton as an "independent basis for dismissal" apart from the entire controversy doctrine. ECF No. 45 at 8–9. The proposed response addresses that separately articulated ground and its application to the pleaded later-arising conduct.
c. **Certification-based disqualification.** The opening brief invoked Plaintiff's federal related-case disclosure as an admission of relatedness. ECF No. 34-1 at 8. The reply separately alleges that the state-court related-action certification was false and "independently disqualifying," including as a basis to foreclose consolidation. ECF No. 45 at 5, 8.

Plaintiff does not contend that every additional citation or responsive argument warrants further briefing. He seeks only a focused opportunity to address these grounds before disposition; alternatively, if the Court considers the latter two subjects adequately encompassed by the opening brief, Plaintiff requests leave limited to the newly asserted two-year limitations defense to Count Four.

The response relies on the existing pleadings and orders, requests no discovery, and does not seek to amend any claim. If leave is denied, Plaintiff requests that the Court decline to rely on a newly presented dispositive ground without permitting an appropriate response.

For these reasons, Plaintiff respectfully requests leave to file **Exhibit A** within the scope the Court permits.

Respectfully submitted,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
Attorney for Plaintiff Erik Kertesz

Enclosures: Exhibit A, Proposed Limited Sur-Reply; Proposed Order
cc: All counsel of record, via CM/ECF upon filing