**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

October 5, 2026

**LETTER ORDER**

**Re: Kertesz v. Colony Tire, et al.**
**Civil Action No. 24-8419 (JKS)**

Dear Counsel,

Presently pending before the Court is a request for leave by Plaintiff to file a limited sur-reply in response to Defendants' pending motion to dismiss. *See* Dkt. No. 48. Defendants shall file a response by tomorrow, **October 6, 2026**, indicating either their opposition to or consent to Plaintiff's request.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**