**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

November 2, 2026

**LETTER ORDER**

**Re: Kertesz v. Colony Tire, et al.**
**Civil Action No. 24-8419 (JKS)**

Dear Counsel,

The initial conference scheduled with the parties in this matter on **November 12, 2026 at 10:00 AM**, *see* Dkt. No. 35, is adjourned.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**